FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01382-PSF-CBS

RONALD L. MINOR,
    Plaintiff,
v.

J. E. GUNJA, Warden,
OSCAR ACOSTA, Information Officer,
RIOS, Associate Warden,
L. SMITH, DHO,
JOHN DOE, Unit B. Councelor [sic],
sued in their individual and official capacities,
    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This civil action comes before the court on Minor's "Motion to Use the United States Marshall Service to Conduct Service of Summons and Complaint Pursuant to Rule 4 of F.C.R.P. [sic]" (filed October 20, 2005) (doc. # 10). Pursuant to the Order of Reference dated October 6, 2005 (doc. # 9) and the memorandum dated October 21, 2005 (doc. # 11), Minor's motion was referred to the Magistrate Judge.

On September 1, 2005, Minor was granted leave to proceed *in forma pauperis* without prepayment of fees or pursuant to 28 U.S.C. § 1915. (*See* doc. # 5). Minor's Prisoner Complaint was filed on July 25, 2005. Accordingly,

it is now ORDERED that the Clerk of the Court, where appropriate, shall attempt to obtain a waiver of service from the Defendants. If a waiver of service cannot be obtained by the Clerk, the United States Marshal shall serve a copy of the Amended

1

Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

It is further ORDERED that, after service of process on the Defendants, the Defendants or counsel for the Defendants shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 24th day of October, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01382-PSF-CBS

Ronald L. Minor
Reg. No. 62980-061
USP - McCreary
330 Federal Way
Pine Know, KY 42635

J.E. Gunja, Oscar Acosta,
Warden Rios, L. Smith,
and John Doe, Unit B Councelor – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
HAND DELIVERED

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Snysvoll for process of service on J.E. Gunja, Oscar Acosta, Warden Rios, L. Smith, and John Doe, Unit B Councelor: COMPLAINT FILED 7/25/05, SUMMONS, WAIVER*, AND CONSENT FORM  on  10/25/05  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk