UNITED STATES DISTRICT COURT
DISTRICT OF COLORODO

Ronald L. Minor,           )
        Plaintiff,         )
                           )
vs.                        )            Civil Action No: 05-cv-01382-PSF-CBS
                           )
J.E. Gunja, ET. AL.,       )            **FILED**
        Defendants.        )            UNITED STATES DISTRICT COURT
                           )            DENVER, COLO.
                           )
                                        NOV 2 5 2005

                                        GREGORY C. LANGHA
                                             CL

        PLAINTIFF"S MOTION TO SHOW CAUSE FOR
        UNAVAILBILITY TO MAKE PARTIAL PAYMENT
          FOR THE MONTH OF NOVEMBER, 2005,
             TOWARD CIVIL FILING FEE

        Comes now, Plaintiff, Ronald L. Minor,pro se, respectfully moves
this Court to file this Motion as following:

        1. Plaintiff mailed copy of Trust Fund Account to Court on November
17, 2005 which showed an account balance of $9.97 and an available balance
of $0.24.
        2. The $9.97 was encubered by the business office at U.S.P. McCreary
to pay the remainder of the balance on a filing fee for the UNTITED STATES
DISTRICT COURT OF KENTUCKY LONDON DIVISION.
        3. Therefore, Plaintiff is showing cause as to why he is not able to
make a payment for the month of November.

        Wherefore, Plaintiff request this Court to grant this Motion Based
on the reasons stated above.




                        Respectfully Submitted,

                        Ronald L. Minor