IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01382-PSF-CBS

RONALD L. MINOR,
    Plaintiff,
v.

J.E. GUNJA, Warden,
OSCAR ACOSTA, Information Officer,
RIOS, Associate Warden,
L. SMITH, DHO, and
JOHN DOE, Unit BB Counselor,
sued in their individual and official capacities,
    Defendants.
_____

ORDER
_____

This civil action comes before the court: (1) on Minor's "Motion for Defendants to Stamp All Correspondence: 'Special Legal Mail Open Only in Presence of Inmate' " (filed January 30, 2006) (doc. # 40); and (2) for a briefing schedule on Defendants' Motion to Dismiss (filed January 30, 2006) (doc. # 42). Pursuant to the General Order of Reference dated October 6, 2005 (doc. # 9) and the memorandum dated January 30, 2006 (doc. # 41), Minor's Motion was referred to the Magistrate Judge. The court has reviewed Minor's Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

Minor asks the court to "ensure that Plaintiff receive's [sic] all correspondence from the Defendants which in turn will ensure any unnessary [sic] delays and hardships in the case before the court." The court does not have the authority to alter prison mail regulations. Nor has Minor presented any factual basis for the court to address the prison's mail policies or regulations. There is no indication in this case of any mail delays. The record reveals that Minor has routinely filed any papers he wishes to file in this case.

Accordingly, IT IS ORDERED that:

    1.    Minor's "Motion for Defendants to Stamp All Correspondence: 'Special Legal

Mail Open Only in Presence of Inmate' " (filed January 30, 2006) (doc. # 40) is DENIED.

    2.       Minor may file his response to Defendants' Motion to Dismiss on or before **February 28, 2006**.

DATED at Denver, Colorado, this 31st day of January, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge